ORIGINAL

cc: DKW/KJM/PSA/π
FS COPY MAILED TO π
8/7/18

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 06 2018
at 4 o'clock and 00 min. P M.
SUE BEITIA, CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GARY FELICIANO<br>Petitioner,<br><br>VS.<br><br>SCOTT HARRINGTON, Warden,<br>Halawa Correctional Facility (H.C.F)<br>99-902 Moanalua Rd,<br>Aiea, HAWAII 96701<br><br>H.C.F. Program Administrator Gary Kaplan, Module 3, B-Block Case Manager Paul Niesen, Unit Manager Travis Lepule, Module 4, Case Manager Megan Owens, H.C.F. Administrator Dovie Borges.<br>STATE OF HAWAII<br>Respondents, | Civil No. CV18 00299 DKW-KJM<br><br>Petitioner Gary Feliciano, deprival of, and Discriminated upon by Halawa Correctional Facility's Program Administrator, Facility's Administrator, Case Managers and Unit Manager To Accommodate an Inmate with Disabilities. Moving him from #13 back to #16 Violate "Equal protection" of the Law. Discriminate for Unequal Treatment. Declaration in Support by Petitioner Gary Feliciano Pro Se<br><br>Certificate of Service<br>Notice of Motion |

Civil No. _____

1

Petitioner Gary Feliciano, deprived of, and discriminated upon by Halawa Correctional Facility's Program Administrator, Facility's Administrator, Case Managers and Unit Managers to Accomodate an Inmate with Disabilities, Moved him From #13 back to #16 Violate "Equal Protection" of the Law. Discriminate For Unequal Treatment. Declaration In Support by Petitioner Gary Feliciano        Pro Se

Certificate of Service

Notice of Motion

## Declaration In Support

Comes Now Petitioner Gary Feliciano is an Inmate of the State of Hawaii Housed at the Halawa Correctional Facility, 99-902 Moanalua Rd, Aiea, Hawaii, Module 3, B-Block Cell #9, Quad 1.

1. This Complaint Stems by Request Petitioner Feliciano Submitted To be placed in 2.5 Drug Treatment Program that the Hawaii Paroling Authority's Board Recommended before Parole.

2. Many Months of being Whipped Smiled by disapproved Inmate Requests. The Last is "Shut your Mouth and Wait."

3. Well, Petitioner Feliciano is not a person to Shut his Mouth when he

2.

Witness program failure in From Parole, jump in front of him and is break out on Parole Agent.

4. Before Continuing; Jurisdiction
The Court has Jurisdiction over the Petitioner's Claim of Violation of Federal Constitutional Rights Under 42 U.S.C. § 1983, 42 U.S.C. §§ 1331(a) and 1343.

5. The Court has Supplemental Jurisdiction over The Plaintiff's State Tort Claim Under 28 U.S.C. § 1367.

6. Program Administrator Gary Kaplan have the power to Accommodate Petitioner Gary Feliciano To be in 2.5 drug program by having him go directly to his Class From Module 3, B-Block, Quad-1, Cell #9 to his Rightful 2.5 drug program in a Direct Approval From Case Manager Megan Owens who is in Charge of 2.5 drug program at H.C.F. If Bed Space is Unavailable For Petitioner Gary Feliciano who have Multiple Disabilities.

7. Petitioner Gary Feliciano have a Medical Aid, Who, can get a Wheel Chair For him when need be.

8. The Ninth Circuit has held that the Americans with Disabilities Act (ADA) requires that Parole policies and Practices Accommodate Inmates

with disabilities to ensure due process.

9. Plyler v. Moore, 129 F.3d 728, 735 (4th Cir. 1997) (Ex Post Facto Violation by retroactive application of amended furlough statute that was functional equivalent of deprivation of mandatory parole)

10. See Strickland, 466 U.S. at 692 (Right to effective assistance of counsel impaired when defense counsel operates under conflict of interest because "counsel breaches the duty of loyalty, perhaps the most basic of counsel's duties).

11. Respondents should help any inmate to go forward including the disable inmates

12. 42 U.S.C. § 1981a(b)(1) (Punitive damage award proper in § 1983 case if Respondent engaged in discriminatory practice with "Malice" or Reckless indifference to federally protected rights," which may be a higher standard than that of Smith v. Wade),

13. Reynolds v. Giuliani, 506 F.3d 183, 191 (2d Cir. 2007) (State officials can be sued in official capacity for injunctive relief only when state is moving force behind deprivation)

14. Colorable Claim

Petitioner Gary Feliciano clearly showed by findings of facts that he being discriminated upon and deprived of 2.5 drug program recommended by State Officials at the Halawa Correctional Facility acted under Color of State Law in Procedural Due Process of 2.5 drug program depriving Gary Feliciano Petitioner in this case for Parole. Above named Respondents is the moving force behind deprivation an are being sued in their official capacities in Punitive Damages in the sum of $350,000.00

15                            Analysis

Article IV Section 2 of the United States Constitution. Close Quote "All Citizens of the Several States are entitle to all Immunities, & privileges of the Several States."

                              Conclusion

Wherefore this Court should grant this Petition for the foregoing reasons.

Dated: Aiea, Hawaii   August  1                                2018.
Pursuant to 28 U.S.C. § 1746 Respectfully Submitted by Gary J. Feliciano
                                                        Petitioner    Pro Se